the m

---

.

**BUNDESGERICHT TRIBUNAL FEDERAL COURT OF CONTRACT  SUISSE**

**LUGANO CONVENTION COMMERCIAL COURT ZURICH GENEVE SUISSE**

**EUROPEAN COURT CURIA LETZEBUERG ,  COURT OF JUSTICE EUROPEAN UNION**

**NETHERLANDS COMMERCIAL COURT JUDICIARY APPLICATION FOR INDEX NU.**

**IN THE  STATE OF NEW YORK COURT OF CLAIMS et al            PETITION**

**SUMMONS , COMPLAINT**

**PETITION  AND   ORDER TO SHOW CAUSE**

**AFFIDAVIT OF SERVICE**

**IN THE SUPREME COURT OF NEW YORK et al            SUMMONS WITH NOTICE**

**RJI  ORDER TO SHOW CAUSE  MOTION FOR ENLARGEMENT OF TIME**

**IN THE ALBANY COUNTY OF NEW YORK     CAUSE OF ACTION  FOR DEATH BY LETHAL  DELETIONS**

**IN THE COURT OF CLAIMS  IN  MANHATTAN   KINGS , ALBANY  NY**

**LIVIA  M. SCOTTO et al**

**CARMELA A. SCIABARRA et al**

**ANGEL  V. SCOTTO SCIABARRA et al**

**MARLEY V. SCOTTO – SCIABARRA**


**V,**

**CREDIT SUISSE et al**

**SOCIETE AIR FRANCE et al**

**UMITED STATES et al**

**MAIMONIDES MEDICAL CENTER et al**

**CONSULATE HEALTH CARE et al**

**SCOTT P.DISTASIO et al**

**DISTASIO HOLDINGS et al**

**MUNICH RE et al**

**HCA WEST et al**

**BLUE PEARL  VETERTINARY  PARTNERS   et  al**

**MARS INCORPORATED et al**

**BANFIELD HOSPITAL et  al**

**SOHAR BANK SHAREHOLDERS et al**

**AND ALL OWNERS  OF GLOBAL PET STEM CELL RESEARCH PARTNERS AFFILIATES et al**

**And all and any Other Entities of MEDICAL TORT MISFEASANCE  Insurance COMPAMIES et al**

# NOTICE OF SUIT UPON ADDITIONAL DEFENDANTS –

## FILED ON PROPERTY OF RECORD FILED HEREIN AND HERETOFORE et AL

## AND HEREIN

## EMERGENCY MOTION for STAY

## IN THE U.S. SUPREME COURT U.S.C.A. 2nd Cir, New York ON GROUNDS OF FRAUD OBSTRUCTION OF LEGAL PROCESS JUSTICE DUE PROCESS JURY TRIAL PERJURY ATTORNEY DECEIT, JUDICIAL OFFICER MANIPULATION OF THE RECORD , MALFEASANCE CORRUPTION FEDERAL TORT LIABILITY

## PETITION FOR JURY TRIAL all Other INDIRECTLY RELATED CASES AND Directly Related Cases

## ON THE STANDARD OF PROOF.

## BREECH "DUTY" WRONGS INJURIES CAUSE IN FACT OF DEATH HARMS

## INJURIES MISDIAGNOSOSIS

*Standard Of Care      HUMAN RIGHTS ABUSES TORTURE INTENTIONAL INFLICTIONS OF HARMS*

*MOTION FOR JURY TRIAL IN DISTRICT COURT*

*MOTION FOR APPOINTMENT OF COUNSEL*

*JUDICIAL DAMAGES IN UNITED STATES VENUES    FOR COSTS FEES*

*NOTICE OF  LIS PENDENS*

*AGAINST DEFENDANTS PROPERTIES HOLDNGS*

*DEMAND FOR ACTUAL PERCUNIARY SPECIAL HARMS FOR            PUNITIVE DAMAGES   $ 99775 BILLION .000.000.000.00*

*LIVIA M. SCOTTO*

*ANGEL V. SCOTTO SCIABARRA et al PROFESSIONAL  LIABILITY*

*CARMELA A. SCIABARRA et al*

*MARLEY  V. SCOTTO – SCIABARRA et al*

*PROFESSIONAL LIABILITY*

*MISDIAGNOSIS   MALPRACTICE*

                                  *TORT*
*MISFEASNCE- MALPRACTICE*

 *v.*

*MARS   PET CARE et al*

*MARS CORPORATION et al*

*DR. MICHAEL T. KIMURA  et al*

*DR' DARRYL SHAW  et al*

 *NADINE M. CROSS  DVD    et al*

*BLUE PEARL VETERINARY  PARTNERS  et al*

*PURINA  FOODS et al*

*MONSANTO et al*                       *'ROUND  UP*
*PRODUCT*

*DU PONT  NEYMOURS et al*

 *AND ALL AND ANY  DEFENDANTS et al and all*
*OTHER*

*AND COUNSEL OF RECORD et al ENTITIES HERETOFORE  FILED AND  HEREIN  FILED  et al*

*And any and  all other  VETERARIAN  OWNED HOLDERS OF MALPRACTICE    INSURANCE COMPANIES   et  al*

*AND ALL   OTHER  DOCTOR  VETERINARY PARTNER HOLDINGS  COMPANIES OF BRANDON FLORIDA  eT aL*

*BLUE PEARL VETERINARY PARTNERS*

*BLUE  PEARL VETERINARY PARTNER S et al*

*AND ALL OTHER JOHN DOE AND JANE DOE ENTIITES HERETOFORE FILE et al  on EVIDENCE OF STRICT AND ABSOLUTE  LIABILITY FOR DEATH*

*On   ACTUAL EVIDENCE SUBMITTED TO VENUE AS CAUSE OF ACTION  AND  IN THE PREPONDURANCE OF  PROOF OF  EVIDENCE TO SHOW CAUSE*

*WRONGFUL DEATH INJURIES HARMS*

*UNITED STATES JUDICIAL OFFICERS et al INSURANCE BAD FAITH*

*TEMPLETON TRUST et al                    BREECH CONTRACT  NEGLIGENCES*

*STATE FARM et al*

*STATE FARM  RISK MANAGEMENT REINSURERS et al*

*STELLAR PUBLIC ADJUSTING et al*

*STATE OF NEW YORK  et al*

*SUPREME COURT KINGS COUNTY  JUDICIAL OFFICERS et al*

*COUNTY  of  MAUI et al*

*STATE of  HAWAII et al*

*FLORIDA BAR CLIENT SECURITY FUND et al*

*STATE OF FLORIDA  et al*

*STATE OF NEW YORK  et al*

*MAMIOMIDES  MEDICAL CENTER et al*

*HOSPITALS   INSURANCE  COMPANIES  ,INC.*

*N.Y. U. LANGONE et al*

*U.S. VIRGIN ISLANDS PUBLIC FINANCE
AUTHORITY et al    ILLEGAL TAKINGS*

*CONSULATE HEALTH et al
OBSTRUCTION  LEGAL PROCESS*

*CITY AND COUNTY OF MAUI  et al
HARMS     WRONGS*

*BRANDON SURGERY CENTER et al
AND OF JUSTICE*

*CITYAND COUNTY OF HONOLULU , HAWAII  et al*

*UNITED STATES et al        COMPLAINT*

*ON GROUNDS OF PROOF*

*BREECH DUTY   ART.  211.1.2.3. OF*

*SECTION  MODEL PENAL CODE SS 2,07, ,2.07*

*SECTION ,; 224.8 1 a.b.c.   224.7,  212 .1  .2 .,3 224.3, 224.4 .10.11, 12, 13, .224.14*

*COUNTRY WIDE  et al        PUNITIVE HEDONIC COMPULSATORY  DAMAGES          TORT MALFEASANCE, MISFEASANCE INJURIES, HARMS   TORTUIOUS INTERFERANCE*

*MALICICIOUS  PROSECUTION*

*FALSE  IMPRISONMENT WILLFUL   INTENTIONAL  PREVENTION OF EMPLOYMENT INFLICTION HARMS                INTENTIONAL MISCONDUCT*

*NECESSITY OF JURISTDICTION  SS  315*

*PROTECTION OF PARTY   SS 343 NEGLECTS OF OFFICIAL DUTY  sS 306*

*BREECH  DUTY*

*CAUSE IN FACT*

*CERTAINTY  OF  LAW  RES IPSA LOQUITER DEMAND  OF AWARD*

*STRICT ABSOLUTE  LIABILITY*

*STATE OF HAWAII et al      ASSAULTS BATTERY*

*MEDIERIOS TRUST   et al  PREMISE LIABILITY*

*COUNTY OF MAUI  et al   PENAL CODE SEC. 2.05*

*ROYAL BANK OF CANADA et al*

*SEC. 2.06   -  2.07  ,2.09*
*CRIMINAL GROSS MALFEASANCE ,*
*MISFEASANCE   3.12, 2.13    ENTRAPMENT,*
*PREVENTION OF EMPLOYMENT*

*CREDIT SUISSE et  al       NEGLIGENCES*

*JONATHAN BEATTY TRUST et al  ABNORORMALLY*

*COUNTY OF MAUI et al      DANGEROUS ANIMALS*

*UNIVERSITY OF HAWAII et al  LOAN DIVERSIONS*

*BANK FINANCIAL FRAUD*

*EXHIBITS PROOF EVIDENCE*
*FILED                    HERETOFORE*

*CONCEALMENT OF HARMS     EXPERT*
*,LEGAL MEDICAL PROFESSIONAL LIABILITY*
*,MISREPRESENTATION PERJURY*

*FILED WITH NOTICE OF DOCKETING*
*STATEMENT  , CERTIFICATE OF SERVICE*

*MOTION FOR APPOINTMENT OF COUNSEL*

*MOTION FOR SERVICE OF PROCESS*

*By U.S. MARSHALLS PUR TO F.R.C.P. APPOINTMENT OF PRO BONO COUNSEL*

*UPON JAMES KRUGAR LAW FIRM of WAILUKU MAUI and AL HOLDEN et al*

*UNITED AIRLINES EMPLOYEES et al*

*JONATHAN BEATTY et al RIELLY OBERNIIJENANG et al ENTITIES BY ELECTRONIC SERVICE FILED HERE TOFORE SUMMONS SUBPOENAS WARRANTS ORDER OF SEIZURE ON BEHALF OF PLAINTIFF ONSTANDING*

*ON JURISTDICTION OF ASSAULTS ORIGINATING IN HAWAII*

*VIOLATIONS OF EU SINGLE MARKET LAWS*

*CONSTITUTIONAL TREATIES SINGLE MARKET LAWS*

*FUNDAMENTAL RIGHTS AND ALL STATUTES CITATIONS CASES HERETOFORE*

*FILED RESPECTIVELY*

*AND  MEMBER STATES FREEDOM OF ESTABLISHMENT*

*BANK REGULATORY VIOL. ORIGINATING IN HAWAII*

*HUMAN RIGHTS  VIOLATIONS FREEDOM OF MOVEMENT*

*TREATY OF  EU CONFLICTS OF LAWS*

*VIOLATIONS OF THE PRINCIPLES OF NON - DISCRIMINATION*

*EU CHARTA OF FUNDAMENTAL RIGHTS AIR PASSENGER VIOLATIONS  TREATIES ON FUNCTIONS OF EUROPEAN UNION OBSTRUCTION OF THE FREE MOVEMENT OF CAPITAL MEMBER STATES ,*

*COMMON GLOBALLY. VIOLATIONS OF SUCH LAWS TREATIES  DEMAND FOR SPECIFIED DAMAGES PERCUNIARY AWARDS*

*LOAN DIVERSIONS  BANK FRAUD  SEE STATUES IN*

*THE FREE MOVEMENT OF GOODS  LARSCENY PILLFERAGES ROBBERIES ASSAULTS  BATTERY CARGO LOSSES STRANDING MALNUTRITION  FALSE IMPRISIONMENT*

*OBSTRUCTION OF JUSTICE*

*ABUSE OF A DOMIENT POSITION*

*DENIAL OF JURY TRIAL*

*DENIAL OF RULE OF LAW BY JUDICIAL     OFFICERS TO ASSIGN PRO BONO COUNSEL ON THE ORIGINAL CASE S HERETOFORE FILED IN VENUES (see WILLIAAM PRYM Commission COATS v. Commission 2007)*

*SCOTTO  V. MAIOMOMIDES  et al*

*ACCOMPANYING MATERIALS*

*19-2919cv   19-2871  19-2902 cv  19-4084*

*20-1051   20-508  20-503  20-494  19-2869*

*INTERLOCUTORY APPEAL TO SHOW CAUSE OF HARMS IILEGAL MANDATES ORDERS MEMORANDUMS BASED ON PERJURIES PROMULGATED BY JUDICIAL CORPORATE NEPOTISM CONFLICTS OF INTEREST GRAFTING POLITICAL PREDJUDICES , DISCRIMINATION S TO THE PLAINTIFFS APPEALLANTS STANDING IN THE AFOREMENTIONED VENUES OF JURISTDICTION*

*STATEMENT OF THE CASE*

*LIVIA M. SCOTTO  et al*

*V.*

*MAIOMOMIDES MEDICAL CENTER et al*

*HCA WEST et al*

*CONSULATE HEALTHCARE et al*

*CENTRAL PARK REHABILITATION et al*

*TEMPLETON  TRUST et al*

*HOSPITALS INSURANCE COMPANIES  et al*

*THE FIDUCIARY TRUST et al*

*CORPORATION COUNSEL et al*

*U.S. VIRGIN ISLANDS FINANCE AUTHORITY et al*

*ARENT FOX COUNSEL OF RECORD et al*

*NELNET INC. ET AL*

*JEFFREY R. NOORDHOEK et al*

*MICHAEL DUNLAP et al*

*WILLIAM MUNN  et al*

*UNIVERSITY OF HAWAII et al*

*COUNTY OF MAUI et al*

*U.S, DEPARTMENT OF EDUCATION et al*

*OFFICE OF CIVIL RIGHTS SEATTLE WASHINGTON et al*

*CONSERVE COLLECTION AGENCY  N .Y. et al*

*BASS AND ASSOCIATES et al*

*U.S. DEPARTMENT OF STATE et al*

*U.S. DEPARTMENT OF TREASURY et al*

*JONATHAN BEATTY  TRUST et al*

*JAMES KRUEGER et al*

*THE CORPORATION COUNSEL of HONOLULU , MAUI . HAWAII et al*

*And all and any Other Defendants –Appellee's  et  al*

*Filed Heretofore  et al*

*JESSICA MARIE MC CLEAN et al*

*(aka) JESSICA M. MC HALE et al*

*VOLKS ANWALT et al*

*UNITED  CONTIENTAL  HOLDIMGS  et al*

*UNITED AIRLINES and ALL AFFILIATES PARTNERS  SUBSIDIARIES et al*

*CAROLYN COLVI et al*

*BRETT HART  et al*

*OSCAR MUNOZ et al*

*HENRY MEYER et al*

*ALTIMETER et al*

*BLACKROCK  et al*

*SANTANDER  BANK et al*

*BARCLAYS BANK et al*

*PENTAGON FEDERAL CREDIT UNION et al*

*BRICKELL BANK  et al*

*CREDIT SUISSE et al*

*BANQUE OF LUXEMNOURG et al*

*UNITED AIRLINES  et al*

*UNITED CONTIENTAL HOLDINGS et al*

*And all UAL BOARD MEMBERS et al*

*SOCIETE GENERALE  SA  et al*

*SOCIETE GENERALE   AFFILIATES et al*

*CORPORATE  PARTNERS  et al*

*BOARD of  DIRECTORS   et al*

*PRESIDENT OF THE BOARD  et al*

*JEAN-PHILLIPPE GUILLAUME    et al*

*PIERRE YVES DEMOURES  et al*

*And all and any Members  of the Board  of Directors  et al*

*LORENZO  BINI  SMAGHI et al*

*JEAN- BERNARD  LEVY  et al*

*ALEXANDRA SCHAAPVELD et al*

*QATARARI REAL EASTATE    et al*

*SHEIKH ABDULLAH  BIN  HAMAD  et al*

*BIN KHALIFA AL THNAI  FAMILY TRUST et al*

*H.E.SHEIKH ABDULLAH TRUST et al*

*AIR FRANCE  et al*

*ANN MARIE COUTREC et al*

*XAVIER HULLIARD  et al*

*VINCI  EUROVIA et al*

*VINCI GROUP et al*

*VINCI CONCESSIONS et al*

*VINCI FACILITIES rt al*

*VINCI  CONSTRUCTION  et al*

*M.DYER AND SONS et al and all  AFFILIATES et al*

*M.DYER AND SONS INC. PARTNERS et al*

*M. DYER AND SONS  INCORPORATED    et al*

*PRIVCO  et al*

*U.S. VETERANS AFFAIRS  et al*

*U.S. DEPARTMENT OF AGRICULTURE  et al*

*U.S. FARM BUREAU et al*

*U.S.OFFICE OF PERSONNEL MANAGEMENT et al*

*U.S. DEPARTMENT  OF DEFENSE et al*

**U.S.OFFICE OF THE GENERAL COUNSEL et al**

**OFFICE OF GENERAL LAW  et al**

**ATLANTIC RELOCATIONS et al**

**PAC GLOBAL et al**

**EXCESS BAGGAGE INTERNATIONAL MOVERS  et al**

**PENTAGON FEDERAL CREDIT UNION  et al**

**J.P. MORGAN et al**

**TRUE NORTH  RELOCATIONS  et al**

**HONOLULU INTERNATIONAL AEROPORT et al**

**U.S. DEPARTMENT OF LABOR et al**

**U.S. VETS  HOUSING, BARBER'S  POINT  and WAIANAE  OAHU HAWAII et al**

**U.S. FEDERAL BUREAU of  INVESTIGATION  et al od MAUI KAPOLEI HONOLULU  , HAWAII et al**

**MAUI PROSCEUTOR ATTORNEYS OFFICE et al**

**STATE  OF HAWAII   et al**

*U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION et al*

*U.S. NATIONAL LABOR INDUSTRY RELATIONS et al*

*STATE OF TEXAS WORK FORCE DEVELOPMENT AGENCY et al*

*WATERFORD SPRINGS  et al of  SPRING , TEXAS*

*JORDAN FOSTER  DEVELOPERS CONSTRUCTION COMPANIES et al*

*For HARRIS COUNTY  and SPRING TEXAS*

*STATE OF TEXAS  DEPARTMENT OF LABOR   et al*

*DANIEL HU et al  DEPUTY ATTORNEY GENERAL for US O.A.G.*

*U.S. OFFICE ATTORNEY   KEN MAGIDSON et al for HOUSTON TEXAS*

*U.S. OFFICE OF THE ATTORNEY GENERAL   et al*

*U.S. JUDICIAL OFFICERS OF  MAUI  , HONOLULU, HAWAII*

*U.S.JUDICIAL OFFICERS OF SOUTHERN DISTRICT , NEW YORK ,HOUSTON ,DALLAS, TEXAS  et al*

*JUDICIAL OFFICERS  of  JUDICIARY  SECOND CIRCUIT COURT et al*

*WAILUKU , HAWAII OAHU , FIRST CIRCUIT COURT et al*

*STATE OF HAWAII JUDICIARY et al*

*ON JUDICIAL CONDUCT   et al*

*OAHU FIRST CIRCUIT  JUDICIAL OFFICERS et al*

*FAMILY COURT KAPOLEI  HAWAII et al*

*HONOLULU PROSCEUTORS ATTORNEYS OFFICE et al*

*DISTRICT COURT JUDGES et al of the FIRST CIRCUIT*

*KAUIKEAOULI  HALE ALAKEA  ST HONOLULU HAWAII*

*SUPREME COURT  JUSTICES  et al*

*COURT OF APPEALS*

*ADVENTURE RESORTS REALTY et al*

*JORDAN FOSTER et al*

*GREYSTAR et al*

*MAUI COMMUNITY COLLEGE et al*

*UNIVERSITY OF HAWAII et al*

*THE MEDEROIS TRUST et al of MAUI HAWAII  et al*

*JONATHAN BEATTY TRUST of KEHEI ,KAHALUI et al*

*THE CORPORATION COUNSEL  of  MAUI*

*HONOLULU PROSECUTORS OFFICE  et al*

*HAWAII PUBLIC HOUSING AUTHORITY et al*

*U.S. HOUSING AND URBAN DEVELOPMENT AGENCY et al*

*THE  DANIEL INOUYE TRUST et al*

*SPARKS MATSUNAGA MEDICAL CENTER et al*

*TRIPLER ARMY MEDICAL CENTER et al*

*U.S. VETERANS ADMINISRATION REGIONAL OFFICES et al*

*U.S.  DRUG ENFORCEMENT AGENCY et al*

*U.S. VETERANS HOSPITAL OF THE PACIFIC, HONOLULU HAWAII et al*

*U.S. VETERANS HOSPITAL OF HOUSTON  TEXAS et al*

*U.S. STATE DEPARTMENT  et al*

*U,S.DEPARTMENT OF TREASURY et al*

*U.S. D.E.A. et al  BUREAU TABACCO FIREARMS et al*

*U.S. CONSULATE HOUSTON  TEXAS HONOLULU HAWAII*

*U.S.CONSULATE of  ROME,   FLORENCE, NAPLES,  ITALY*

*U.S. CONSULATE  LISBOA PORTUGAL*

*SOCIETE GENERALE SA   et al*

*FREDERIC OUDEA et al*

*BERTRAND BADRE  et al*

*SOCIETE GENERALE  et al*

*AIR FRANCE KLM et al*

*LUFTHANSA AIRLINES et al*

*UNITED AIRLINES et al*

*UNITED CONTIENTAL HOLDINGS et al*

*DELTA AIRLINES et al*

*AMERICAN AIRLINES et al*

*QATAR HOLDINGS et al*

*VINCI CONCESSIONS et al*

*CREDIT SUISSE BANQUE SA*

*SANTANDER BANK et al*

*BANK OF  LUXEMBOURG et al*

*BANCO ESPIRITOS SANTOS et al*

*NOVO BANK  et al*

*BRICKELL BANK et al*

*ALS/ANA     AEROPORTS  OF PORTUGAL  PORTO ,LISBOA*

*JESSICA MARIE MC CLEAN et al (aka) JESSICA M. MC HALE et al*

*AND ANY AND ALL PRINCIPLE  OWNERS OF VOLKS ANWALT et al*

*JESSICA MARIE MC CLEAN et al*

*JOSEPH KOSKO et al*

*VOLKS ANWALT OF NEW YORK , FLORIDA et al*

*ATLANTIC  FREIGHT FORWARDERS  et al*

*MOVERS SHIPPERS OF FLORIDA AND ATLANTA GEORGIA et al*

*REGISTERED AGENTS of M.DYER AND SONS   et al*

*SEE ADDITIONAL PAGES OF CORPORATE DISCLOSEURES*

*CHAIRMAN CEO AFFILIATES AND DBA ENTITIES  FILED IN C.I.P.*

*And all and any  defendants filed heretofore et al*

*Counsel of record have been served  BY  ELECTRONIC AND PROOF OF SERVICE UPON   Corporate HEADQUARTERS  ET AL*

*NOTICE OF LIENS UPON CORPORATE HOLDINGS et al*

*BRIEFS ON THE APPEAL*

*AIR PASSENGER RIGHTS AIR SPACE*

*HUMAN RIGHTS VIOLATIONS*

*FILED WITH MOTIONS*

*NOTICE OF PENDANCY OF COLLATERAL ACTIONS*

*MOTION FOR APPOINTMENT OF ATTORNEY*

*ASSIGNMENT OF  COUNSEL*

*MOTION FOR BOND FOR COSTS*

*PURSUANT TO RULE  FRAP.*

*NOTICE OF  FINANCIAL*

*HARDSHIP*

*MOTION FOR FOREIGN SERVICE*

*MOTION FOR SURETY BOND FOR*

*ASSIGNED COUNSEL ATTORNEY FEES*

*COSTS EXPENSES BILLABLE HOURS*

*EXPERT OPINION IN CASE FOR*

*THE INTEREST OF JUSTICE*

*MOTION FOR TRAVEL EXPENSES TO VENUE*

*MOTION FOR RES PLEVIN UPON APPEALLEES*

*MOTION FOR ORDER OF WARRANT TO APPEALEES et al*

*FOR APPEALLANTS BANK DEPOSITS LOANS OF $25 ,000,000.00*

*ADDITIONALLY $ 175 MILLION  DOLLARS IN FUTURE VALUE TO*

*APPEALLANT   IN LOSSES   REAL ESTATE PROPERTY ACTUAL VALUE*

*FUTURE INTERESTS OF PRIVATE INTELLECTUAL*

*LITERARY PRODUCTION SCREEN PLAY*

*VALUE TO MOVIE FILM PRODUCTION COMMERCIAL  BUSINESS*

*ENTERTAINMENT  INTERESTS*

*INTELLECTUAL PROPERTY IN POSCESSION  OF THE APPEALLANTS*

*DEFENDANTS AGENTS  et al*

*OBSTRUCTION OF  FLIGHT BOARDING AND VOIS DROITS   AIR*

*PASSENGER TREATY  VIOLATIONS FREE PASSAGE OF MOVEMENT OF*

*APPEALLANT AND SUCH PROPERTY  TO INTERNATIONAL  PROPERTIES*

*IN WHICH APPEALLANT HAS OWNWERSHIP INTERESTS IN*

*BANK REGULATIONS   VIOLATIONS REGULATION  FREE PASSAGE OF*

*ANY AND ALL  CARGO  AND TICKET AIRLINE AND AGENT HELD FROM     APPEALLANT THUS CAUSE IN FACT OF SUBSEQUENT HARMS CAUSED BY AIR PASSENGER RIGHTSPROPERTY HELD  IN PREMISES OF*

*OF THE APPEALLEES  et  al*

*MOTION FOR RECOVERY OF PROPERTY*

*HELD IN PREMISES OF DEFENDANTS*

*Motion for  AWARDS FOR PUNITIVE, PERCUNIARY, HEDONIC,  SPECIAL, COMPENSATORY DAMAGES AND CIVIL MONEY PENALTIES CLAWBACKS   of LOAN DIVERSIONS LOSS OF SEVICE ANIMAL,DENIAL OF MEDICAL*

*TREATMENT TO  ITNTERNATIONAL DESTINATION DENIED BY  THE*

*TORTURIOUS  INTERFERENCE*

*IRREPARABLE MENTAL,*

*PHYSICAL HARMS*

*MOTION TO RECOVER INTELLECTUAL AND DESIGNER PROPERTY*

*MOTION TO CLAWBACK PRINCIPLE LOANS BANK DEPOSITS*

*UNITED CONTIENTAL HOLDINGS  ET AL EMPLOYEES ET AL OF UNITED AIRLINES DATA BREECH HACKING OF TRAVEL ITINERARY FLIGHT DETAIL*

*CAUSE IN FACT OF SEXUAL ASSAULTS*

*SLEEP DEPRIVATION, MALNUTRITION*

*INVASION OF PRIVACY UPON*

*SECLUSION,  STALKING*

*DENIAL OF MEDICAL TREATMENT EMPLOYMENT SALARY IN SEXUAL HARASSMENT LAWSUIT*

*BANK DEPOSIT DISGORGEMENTS , travel related tickets miles luggage CARGO STRANDING  stolen larceny DEPRIVATIONS DENIAL OF BOARDING robberies pilfering by  property in airline warehouse registered agents of any and all other*

*JESSICA MARIE MC CLEAN et al*

*VOLKS ANWALT et al*

*HENRY COXE  III  et al*

*BEDEL LAW FIRM et al*

*J.P. MORGAN et al*

*Defendants, entities attorney in fact*

*APPEALEES  et al  filed heretofore et al*

*MOTION TO FILE FOR CHANGE*

*OF VENUE FROM VENUES ENCLOSED*

*MOTION TO CONSOLIDATE APPEAL*

# *FROM VENUE IN FLORIDA AND ELEVENTH CIR. AND NEW YORK,  HOUSTON TEXAS , HONOLULU .HAWAII TO SHOW CAUSE FOR USE IN THE APPEAL*

IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT  FLORIDA

JACKSONVILLE AND TAMPA DIVISIONS

NOTICE OF COLLATERAL MATTERS

MOTION TO FILE FOR JUDICIAL INTERVENTION TITLE IV. FRAP 15

MOTION TO FILE APPEAL WITH OTHER RELATED MATTERS

MOTION TO CONSOLIDATE CASES ON APPEAL

FROM THE MIDDLE DISTRCT TAMPA FLORIDA

AND JACKSONVILLE DIVISION

MOTION   FOR  CHANGE OF  VENUE

IN THE US COURT  OF APPEALS FOR THE 11TH CIR

IN THE U.S. COURT OFAPPEALS FOR THE FED CIR.

IN THE U.S. COURT OF  FEDERAL CLAIMS

IN THE ICC AND ICJ  LUXEMBOURG

IN THE EUROPEAN COURT

## MOTION TO CONSOLIDATE CASES FILED

## IN  VENUES  DIVISIONS  OF THE  DISTRICT COURT

## OF FLORIDA  JACKSONVILLE  DIVISION

# TAMPA DIVISION

# MOTION TO SHOW CAUSE OF ACTION  IN TORTS

# ABANDONMENT  BY " ATTORNEY  IN FACT"

# JESSICA MARIE MC CLEAN et al

# PRINCIPLE OF" VOLKS ANWALT "  et al

# Dba  "For The People " et al

# And all  and any of McClean 'S OTHER FRAUDULENT ENTITIES

## MOTION FOR CHANGE OF VENUE

CASE NO   3:18-cv-779-J-JBT

8:18-cv-1430

8:18-cv-1495

8:18-cv-1662

8:18-cv-1663

8:18-**cv-1664**

**8:18-cv-1665**

**8:18-cv-1666**

**8:18-cv-1659**

**8:18-cv-01433**


15=1198

MOTION TO FILE LIENS  , SUPRA  PERMANENT INJUNCTION

MOTION FOR SERVICE OF PROCESS

FOR RES PLEVINS

AGAINST DEFENDENTS ET AL

APPEALED FROM U.S.D.C. FOR THE DISTRICT OF HAWAII

U.S.D.C FOR THE SOUTHERN DISTRICT OF TEXAS FILED IN 5TH CIR.

U.S.D.C. NEW JERSEY  3RD CIR.

U.S.D.C.SDNY

FIRST DIV   SECOND CIRCUIT

SUPREME COURT HAWAII

INTERMEDIATE COURTOF HAWAII

COMMISSION ON JUDICIAL CONDUCT

CA  NINTH CIR COURT OF APPEALS

PASADENA , BEVERLY HILLS  SAN FRANCISCO CALIFORNIA

IN THE JUDICIARY OF HAWAII

LIVIA M. SCOTTO V.

A.R.R. ET AL

1cc -03-1-713 BIA AYABE

TITLE OF COURT APPEALED FROM

CASES

case filed in   Notice  of Appeal

8;16-cv-02941

NOTICE ON APPEAL FROM U.S.D.C. TAMPA FLORIDA

8:16-cv-3379

2016 -1606

1cc-03-1-713

1CC-14-2757

30360

27527

14=662 14-668 SCPWRIT CERT

U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

15-1198

For all and any cases

---

ON APPEAL
IN NOTICE OF APPEAL DIRECTLY
RELATED CASES 8:18 -cv-CV-12816
MOTION FOR REINSTATEMENT OF APPEAL
PENDING ON CASE NO 8:18-cv-1495
See other additional cases <u>related</u>
CASE NO 8:18-cv-1430

# Court Of Appeals

## CERTIFICATE OF INTERESTED PERSONS
## CORPORATE DISCLOSURE STATEMENT
All and any entities filed  IN  THE U,S, DISTRICT COURT

IN THE EASTERN DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
U.S. DISTRICT COURT  NEW JERSEY

IN THE U,S, DISTRICT COURT  HOUSTON TEXAS

IN THE U.S. DISTRICT COURT

WAILUKU, MAUI

HONOLULU DIVISIONS HAWAI'I

IN THE U,S, COURT OF APPEALS

FOR THE NINTH CIRCUIT

FOR THE FIFTH CIRCUIT
FOR THE  THIRD CIRCUIT
FOR THE FIRST CIRCUIT
U.S.COURT OF APPEALS NEW YORK
40 FOLEY SQUARE N.Y. , N.Y.

U.S.COURT OF APPEALS
27 MADISON PLACE
N.Y. , N.Y.

IN THE SUPREME COURT NEW YORK
60 CENTRE STREET

NEW YORK, N.Y.

FIRST JUDICIAL DEPARTMENT NEW YORK

61 BROADWAY NY,NY 10006

REQUEST FOR JUDICIAL INTERVENTION
MOTION FOR APPOINTMENT  OF  COUNSEL

MOTION FOR EXPARTE ORDERS TO SHOW CAUSE

ORDER TO FOREIGN SERVICE          DAVID D, SIEGAL SUPRA AT 590

MOTION FOR SERVICE OF SUMMONS

MOTION FOR SPECIAL PROCEEDINGS

MOTION FOR PRODUCTION OF ORIGINAL COURT RECORDS

---

**Livia M, Scotto**

*Plaintiff-Appellant*

v. JESSICA MARIE MCCLEAN ET AL

VOLKS ANWALT ET AL

JAMES FISHER ET AL HENRY COXE III ET AL

BEDELL LAW FIRM ET AL

COLLEEN MACMAHON ET AL

UNITED STATES  ET AL

UNITED STATESDEPARTMENT OF EDUCATION STUDENY

U.S.  ( " DEPARTMENT  " ) OF EDUCATION ET AL

BASS &  ASSOCIATES, PC  ET AL

NATIONAL PAYMENT CENTER  ET AL

UNIVERSITY OF HAWAII ET AL

MAUI COMMUNITY COLLEGE ET AL

JONATHAN  BEATTY TRUST ET AL

MEDERIOS TRUST ET AL

STATE OF HAWAII ET AL

THE CORPORATION COUNSEL  ET AL

CITY AND COUNTY OF MAUI ET AL

CITY AND COUNTY OF HONOLULU ET AL

MAUI CORPORATIONCOUNSEL ET AL

FIRST JUDICIAL DEPARTMENT SUPREME COURT NY

ATTORNEY DISCIPLINE COMMITTEE  ET  AL

61 BROADWAY NY NY 10006

HILTON WORLDWIDE HOTELS ET AL

HILTON DOUBLETREE HOTELS ET AL

PRINT HOUSE PRESS ET AL , NEW YORK

CEO  MICHAEL  FARRELL ET AL

JIM COONAN

KUPERMAN  ET AL COUNSEL OF RECORD

PRINTING HOUSE PRESS ET AL

THE CORPORATION TRUST ET AL

U.S. State  Department et al

County of Honolulu et al

CORPORATION COUNSEL et al

United States et al

Volks Anwalt  et al

Jessica Marie McClean et al

Greystar et al

Star Alliance et al

Air France et al

UNITED STATES ET AL

UNITED STATES SOCIAL SECURITY ADMINISTRATION ET AL

NANCY  BERRYHILL ET AL

Vinci Group et al

United Continental Holdings   et al

United Continental Airlines et al

United  Airlines et al

Excess International Movers et al

Barclays Bank et al

Pentagon Federal Credit Union et al

Wells Fargo Bank  et al

Comerica Bank et al

Direct Express Bank et al

Excess  Baggage  International et al

Affinity Cellular Auto club et al

M.Dyer and Sons  Inc. et al and any

and all  affiliates

heretofore filed in venues of jurisdiction  and forum selection,

aforementioned et al

and all and any other entities counsel of record  heretofore filed et al

*Defendant-Appellees et al*

*See list of additional defendants et al  served process*

## Notice of Appeal

## BRIEFS ON THE MERITS  EXERPTS  WAS FILED IN  COMMERCIAL CARRIERS FILINGS ON STANDING IN CASES  SUBSEQUENTLY  TO CLERKS OFFICE

## NOTICE OF DIRECTLY RELATED CASES FILING  OF  RELATED CASES

## On standing of 28 U.S.C.S. S 1295(a) (g)

## 16-9125, 16-9127

## 2:16=CV-08922

## 8:16-cv-3379

## 4:2014-cv-03417

## 14:2014-mc-2720

**4:2014-cv-3360**

**See additional list naming respondents in subsequent filings**

**1cc-14:-27527**

**U.S.D.C. in   the District of Hawaii**

**Order from the aforementioned  venues for  all and any original cases on white paper on my complaints filed and    by counsel**

**16-1606**

**15-1198**

**14-7135**

**15-1198**

————————————————————————

NOTICE OF DIRECTLY RELATED CASES

ON APPEAL FROM THE U.S.D. C. MULTI JURISTDICTIONS

For the  Middle District Tampa  Florida,

FIRST CIR. COURT  HAWAII FILED IN THE JUDICIARY

**U.S.D.C.   SDNY U.S.D.C. HAWAII**

**U.S.D.C.  New Jersey, U.S.D.C. SDHTX**

**U.S. COURT OF FEDERAL CLAIMS**

————————————————————————

MOTION TO ORDER ALL RELATED CASES AND  COURT RECORDS  (all and any records heretofore filed) MOTION TO CONSOLIDATE CASES ON APPEAL AND  REMOVE  COURT RECORDS FROM THE AFOREMENTIONED VENUES TO ORDER SUBPOENA TO TRANSFER  BY  ELECTRONIC AND WHITE PAPER  AS PARTS OF RECORDS WERE OMMITTED FROM ORIGINAL COURT FILED RECORDS IN TRANSMISSION  THEREOF.     MOTION FOR EXTENSION  OF TIME TO FILE OBJECTIONS OF ORDERS OF DISMISSAL ON PREPONDURANCE OF  EVIDENCE OF DOCUMENTS PRODUCTION OF DOCUMENTS EXHIBITS REMOVED OR DENIED IN UNETHICAL DISCOVERY BY THE FLORIDA BAR  COUNSEL  Having original cases filed by  my attorney s in fact   Gerard Jervis, Thomas  J. Pico Aiona  et al of Kailua, Honolulu .Hawaii filed  in THE JUDICIARY Cir. Court of Hawaii,  777 Punchbowl Street Honolulu Hawaii 96813 as that case  is directly related to cases on appeal pending ,cases 1cc -03-1-713  ; all related cases are in  the cause of  actionable libel and other cases on appeal having  standing in the venue  herein on my  constitutional amendments, based on 42 U.S.CODES 2000 )a[j[f b]c\i (e) real estate law  private and intellectual property rights domicile

 that have standing in  venue by cause  of   strict liability CAUSING  irreversible harms (see pages containing relative U.S.CODES  conflicts of laws agency contracts torts property restitution security trusts and   restatement of the law  indexes relative treatises codes table of authorities  statutes citations secondary authorities cited in original cases filed  that were denied judicial officers review ,

 INTENTIONAL Wrongs in the concealment by the defense counsel

 INTENTIONAL INFLICTION OF HARMS   BY  ALL DEFENDENTS PROVEN IN CASE  THAT IN THE RULE OF LAW THESE  VENUES ON REVERSABILITY OF  OPINIONS PREDICATED ON JUDICIAL ERRORS, MISCONDUCT ,LEGAL MALPRACTICE BY JESSICA MARIE MC CLEAN ET AL

MOTION TO CHANGE OF VENUE citing  FROM  FORUM SELECTION CLAUSE

### APPELLANT'S OPENING BRIEF

### MOTION TO FILE FOR ENLARGEMENT OF TIME to file

### Appellants Merits on the  Briefs

### ON GROUNDS OF  evidence  of defendants culpability and COURTS ERRORS  DENIAL OF RECORDS COURT DOCUMENTS FROM REMOVAL OMMISSIONS MISAPPROPRIATION OF RECORDS NAMING THE AFOREMENTIONED  AND  STATE  MUNICIPALITIES AGENCIES COUNSEL OF RECORD

### DEFENDENTS  CORPORATE  COUNSEL OMMISSIONS

_____

MOTION FOR CLERK TO CALL FOR THE ORIGINAL RECORDS

 FOR USE ON APPEAL PENDING TO SHOW CAUSE of pecuniary, hedonic punitive damages

Demand for specified damages filed   in cases

On  standing of  RESTATEMENT (Second) OF TORTS

 Errors in case  8;16-cv-3379 on amended Appeal after Notice to Court  in case  Appeal in    forwarding docketed  cases on Filed Notice On  separate case filed on  4/13/2017, 5/10/2017, 6/19/2017, 7/7/2017, filed in Federal Claims  venue. Motion to serve process on my previous  " attorney in fact," Disbarred   Fed cir. By Judge Laura Beyer N.C.    on fraud of other clients of McClean's fraud L abandonment felony on deceit of misrepresentation use  of client funds failure to communicate   and The Florida Bar  on knowledge  of my attorney in fact   Jessica M. McClean on filed complaints  The Florida Bar counsel ,Henry Coxe III James Fisher and staff of Bar conflict of interest.

 Jessica Marie McClean Attorney's office Volks Anwalt  et al,

Jessica Mclean  et al 100 Park Avenue 16 th fl. N.Y. N.Y. with Summons     for  issuance by state or U.S.Marshall s'to serve Subpoena search and seizure warrant denied by venues of jurisdiction, upon concealment of Office of the State Attorney General, Florida and New York   State Bar Ethics Officers of State Agency Bar, ,U,S.A.G  having  knowledge of the aforementioned assailants intentional inflictions of harm  motives for the assaults  battery crimes of entrapment, deceit, reoccurring larcenies by actors for the defense with motives ,  malice ,intent, culpability,   bank fraud ,commercial tort malfeasance, therein. on service of process in states of forum selection, Motion to call judicial order  for records exhibits Grounded on the Oliver W. Holmes 10 Harvard Law Review 457(1897) The Path of Law Amendment JUDICIAL PROOF   FED R,  OF EVIDENCE,  R.1001,  R,1002 .1003 R. 901. R.902 (9)  R.903 , statutes  citations on Art . X 116 consider the code book in its entire volume s of indexed treatment  by renowned author  Graham C.Lilly ,  codes ,statutes  cited in The Law Of Evidence  appendix all directly cases sent held in court premises and held in Agency venues, County,  Corporations Trust boards ,commissions,  privately  held holdings  as required by Sup. Ct.  . pending appeal on proof of service.

 Service of process  confirmed by commercial carriers Fed Ex  and other dated certified by U.S Postal Service,

FED EX SEReVED upon venue entities electronic filing  by Livia M. Scotto (s/s/